IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LUCIUS MANNING, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 1:10-cv-925-MEF |
| | ) | |
| JOHN C. MASON, *et al.,* | ) | (WO) |
| | ) | |
| Defendants | ) | |

# **O R D E R**

Upon consideration of the Joint Motion to Dismiss with Prejudice All Claims Against John C. Mason, Robert S. Breed, and the City of Enterprise (Doc. #46) filed on June 23, 2011, it is hereby ORDERED:

1. That all claims against defendants Mason, Breed and the City of Enterprise are DISMISSED with prejudice, each party to bear its own costs.

2. That plaintiff's claims as set forth in the complaint remain against defendant Joe Moore.

3. That defendant's Motion to Dismiss Second Amended Complaint (Doc. #42) is DENIED as moot.

DONE this the 24th day of June, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE